-O-

FILED
CLERK, U.S. DISTRICT COURT
DEC - 3 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2: 10-CR-1083-1 |
| Plaintiff, | ) | |
| vs. | ) | ORDER OF DETENTION |
| Oswaldo Ramirez | ) | |
| Defendant. | ) | |

I

A. (X) On motion of the Government in a case allegedly involving:

   1. ( ) a crime of violence.

   2. ( ) an offense with maximum sentence of life imprisonment or death.

   3. (X) a narcotics or controlled substance offense with maximum sentence of ten or more years.

   4. ( ) any felony – where defendant convicted of two or more prior offenses described above.

1                                         III

2     The Court has considered:

3     A.    the nature and circumstances of the offense(s) charged,

4     including whether the offense is a crime of violence, a Federal

5     crime of terrorism, or involves a minor victim or a controlled

6     substance, firearm, explosive, or destructive device;

7     B.    the weight of evidence against the defendant;

8     C.    the history and characteristics of the defendant; and

9     D.    the nature and seriousness of the danger to any person or the

10    community.

11

12                                       IV

13     The Court also has considered all the evidence adduced at the

14    hearing and the arguments and/or statements of counsel, and the

15    Pretrial Services Report/recommendation.

16

17                                       V

18     The Court bases the foregoing finding(s) on the following:

19     A.   (X)   As to flight risk:

20

21    (i) illegal status

22    (ii) prior deportation proceedings

23    (iii) gang affiliation

24    (iv) possible substance abuse

25    (v) inadequate sureties/bail resources

26  ///

27  ///

28  ///

B. (✓) As to danger:

(i) current allegations
(ii) criminal history
(iii) substance abuse.
(iv) possible gang affiliation

## VI

A. ( ) The Court finds that a serious risk exists the defendant will:

1. ( ) obstruct or attempt to obstruct justice.

2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B. The Court bases the foregoing finding(s) on the following:

_____
_____
_____

## VII

A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B. IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C. __IT IS FURTHER ORDERED__ that the defendant be afforded reasonable opportunity for private consultation with counsel.

D. IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

DATED: 12/3/10

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE